UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO.: 2:18-cr-219-SPC-NPM

RE'SHOD PETER JONTAVIOUS
LARRY
_____

## ORDER

Under the Court's Administrative Order, Case No. 8:20-mc-25 (Docs. 1; 10), which implements the Coronavirus Aid, Relief, and Economic Security Act ("CARES"), the Court may conduct the Revocation of Supervised Release hearing by video conferencing with Defendant **RE'SHOD PETER JONTAVIOUS LARRY'S** consent after he confers with counsel.

Accordingly, it is

**ORDERED:**

(1) On or before **Friday, February 11, 2022,** at **NOON**, counsel for Defendant **RE'SHOD PETER JONTAVIOUS LARRY** must file a written notice advising the Court:

   a. whether Defendant, after consulting with defense counsel, consents to proceed with the Revocation of Supervised Release hearing by video conferencing and by telephone if video is not reasonably available;

  b. why delaying the Revocation of Supervised Release hearing will result in serious harm to the interests of justice; and

  c. the Government's position on a videoconference Revocation of Supervised Release hearing.

(2) If Defendant's counsel advises that Defendant consents to proceed with the hearing by video conferencing, the Clerk is **DIRECTED** to notice the hearing and provide all hearing participants with instructions for joining the hearing.

(3) The Court will address the specific findings required by the CARES Act at the video conference Revocation of Supervised Release hearing.

**DONE AND ORDERED** in Fort Myers, Florida on January 26, 2022.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All counsel of record